IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA KELLY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-2447 |
| | : | |
| REGENCY MANAGEMENT SERVICES, LLC | : : | |

**ORDER**

AND NOW, this 11th day of December, 2024, upon consideration of Defendant Regency Management Services, LLC's Motion to Dismiss (ECF No. 7) and Plaintiff Tara Kelly's response thereto, it is hereby ORDERED the motion is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.